# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                  :    No. 805

                            :

REAPPOINTMENTS TO ORPHANS'    :    SUPREME COURT RULES DOCKET

COURT PROCEDURAL RULES         :

COMMITTEE                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2019, the Honorable Emil A. Giordano, Lehigh County, and Kenneth G. Potter, Esquire, Snyder County, are hereby reappointed as members of the Orphans' Court Procedural Rules Committee, commencing January 1, 2020.